Mr. Justice Harlan,
whom Mr. Justice Stewart joins,
dissenting in No. 981, and dissenting in part and concurring in part in No. 1004.
These are two more negligence cases, neither of which should have been brought here since both involve only-questions of the sufficiency of the evidence to support the jury verdicts. See, e. g., my dissenting opinion in Dennis v. Denver & Rio Grande W. R. Co., 375 U. S. 208, 212, and *538 those in the cases therein cited; cf. my dissenting opinion in Eichel v. New York Central R. Co., 375 U. S. 253, 256.
Feeling obliged, however, to reach the merits because the cases are before us, see my opinion in Rogers v. Missouri P. R. Co., 352 U. S. 500, 559-562, I dissent from the judgment in No. 981 and concur in the judgment in No. 1004.